UNITED STATES DISTRICT COURT
FOR D.C.

Granted
[signature]
11/9/05

**FILED**
NOV 17 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GBUTU-KLA BEDELL

V

MR. RICHARD WHITE, ETAL,

CASE NUMBER 1:05CV02238
JUDGE: Colleen Kollar-Kotelly
DECK TYPE: Personal Injury/Malpractice
DATE STAMP: 11/17/2005

## MOTION

PLANTIFF'S MOTION TO USED POST OFFICE BOX.

PLEASE GRANT PLANTIFF'S MOTION TO USE POST OFFICE BOX BECAUSE PLANTIFF IS CURRENTLY IN TRANSITION TO A NEW APARTMENT SHORTLY.

THANKS

RECEIVED
NOV - 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RESPECTFULLY SUBMITTED
[signature]
Gbutu-Kla Bedell

1