UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GBUTU-KLA BEDELL
P.O. BOX 5284
TAKOMA PARK, MD. 20913
(202) 486-9051

V

CASE NUMBER  1:05CV02238

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 11/17/2005

**JURY ACTION**

MR. RICHARD WHITE, PRESIDENT
WASHINGTON METRO TRANSIT AUTHORITY
DETECTIVE HAYDEN
METRO TRANSIT POLICE DEPARTMENT
METRO TRANSIT AUTHORITY
600 FIFTH STREET, N.W.
WASHINGTON, D.C., 20001

## COMPLAINT

ON NOVEMBER 4, 2004, I
RECEIVED A LETTER FROM METRO TRANSIT POLICE
DEPARTMENT WITH WHOM I HAD APPLIED FOR
A TRANSIT POLICE POSITION INVITING ME TO
TAKE A WRITTEN EXAMINATION FOR THE POSITION
OF METRO TRANSIT POLICE OFFICER ON SATURDAY
DECEMBER 11, 2004 AT 08:30 AM.

2

**RECEIVED**

NOV -4 2005

USOC
SUPERIOR COURT

I ARRIVED AT ABOUT 07:30 AM
THROUGH A SECURITY CHECK / SCREENING
AT THE ENTRANCE OF THE BUILDING LIKE EVERY-
BODY. I STOOD ON LINE LIKE EVERYBODY AND

PRESENTED MY DRIVER'S LICENSE TO AN OFFICER WHO WAS SITTING AT THE ENTRANCE OF WHAT APPEARED TO BE A CONFERENCE HALL AND THEN PROCEEDED INTO THE HALL.

WHILE INSIDE THE HALL, ONE DETECTIVE HAYDEN INTRODUCED HIMSELF AND INSTRUCTED EVERYBODY (BETWEEN 75 AND 100 PEOPLE) OR MAYBE EVEN LESS TO FORM A LINE IF WE HAD THE HISTORY OF FOLLOWING PROBLEMS., (1) DOMESTIC VIOLENCE, (2) CHILD/SPOUSE ABUSE, IRS, CREDIT, CHILD SUPPORT EIC).

LIKE MOST EVERYBODY, I STOOD ON LINE WAITING MY TURN AND WHEN DETECTIVE HAYDEN GOT TO ME, I BRIEFLY STATED TO HIM THAT I HAD HAD DOMESTIC VIOLENCE CHARGE AND PROTECTIVE ORDER CHARGE FILED AGAINST ME BUT WHERE DISMISED OR DENIED BY THE JUDGE IN MONTGOMERY COUNTY AND THAT I OWED CHILD SUPPORT AND BACK TAXES.

DETECTIVE HAYDEN INSTRUCTED ME TO SURRENDER MY DRIVER'S LICENSE AFTER I GAVE HIM JUDGES' ORDER FROM THE COURT CLEARING ME OF ALL CHARGES. I THEN COMPLIED AND GAVE HIM MY LICENSE AND HE STEPPED OUT SOMEWHERE IN THE

BACK THEN RETURNED ABOUT TEN MINUTES
YELLING AND SCREAMING AT ME TO STAND
UP AND RAISE MY BOTH HANDS UP INHICH
I IMMEDIATELY DID IN FRONT OF ALL
THOSE PEOPLE BUT I BEGAN TO ASKED HIM
WHY ~~WAS~~ SHOULD I PUT MY HANDS UP?.

IT WAS WHEN DETECTIVE HAYDEN TOLD
ME ALOUD THAT HE HAD JUST RUN MY ID
CHECK AND FOUND OUT THAT THERE WAS A
PROTECTIVE ORDER ON ME FROM WASHINGTON
D.C, AND THAT THE ORDER WAS TO EXPIRED
IN TWO DAYS AND THAT THE ORDER LABELED
ME AS ARMED AND DANGEROUS.

DETECTIVE HAYDEN BEGAN TO BODY
SEARCH ME FROM MY HEAD TO MY TOES AND
MY BACKPAD EVENTHOUGH I HAD ALREADY
GONE THROUGH SECURITY CHECK AT THE
ENTRANCE OF THE BUILDING. WHEN I PROCEDED
TO EXPLAINE TO THE DETECTIVE THAT I HAD
GONE TO COURT AND BEEN CLEARED OF ALL
THE CHARGES; HE THEN PLACED MY RIGH
HAND IN AN UNCOMFORTABLE POSITION AND
HURTS ME A LOT, NOT ONLY THE PAINS BUT
ALSO THE HUMANILATION OF BEING TREATED
LIKE THAT INFRONT A GROUP OF STRANGE
PEOPLE AND THE EMBARRESMENT.

WHEN I REPEATED TO THE DETECTIVE THAT I WAS CLEARED OF THOSE CHARGES BY A JUDGE IN A CIVIL HEARING; HE THEN STATED TO ME THAT THE ORDERS CAME FROM D.C.

WHEN I TOLD THE DETECTIVE TO RELEASE MY HAND, HE THEN TOLD ME THAT I LIED TO HIM AND BEGAN CALLING A CRIMINAL AND ESCORTED ME OUT OF THE BUILDING OUTSIDE IN THE RAIN AND INFORMED ME THAT I WAS PERMANENTLY BARRED FROM TAKING THE WRITTEN EXAMINATION AND ALL FURTURE EXAMINATIONS.

BEFORE DETECTIVE HAYDEN DETAINED ME AND EMBARRISED ME LIKE THAT, I HAD GIVEN HIM THE JUDGES' ORDER BUT HE CARED LESS CAUSE HE KEPT SAYING THE ORDER HAS NOTHING TO DO WITH MONTGOMERY COUNTY; AND THAT THE ORDER CAME FROM WASHINGTON D.C.

DETECTIVE HAYDEN WOULD NOT ALLOWED ME TO STAND RIGHT OUTSIDE THE BUILDING UNDER THE SHIELD TO WAIT FOR THE RAIN TO CEASED BUT INSTEAD HE THREATENED TO ARREST ME IF I FOUND HANGING AROUND THE BUILDING.

DETECTIVE HAYDEN ESCORTED ME OUT OF THE BUILDING WITH ANOTHER OFFICER (AFRICAN AMERICAN)

I THEN PROCEDED TO THE FIRST DISTRICT POLICE STATION TO REPORT WHAT HAD JUST HAPPENED SUCKING WET FROM THE RAIN AND THE D.C. POLICE OFFICE RAN MY ID CHECK AND TOLD ME THAT HE DID NOT SEE ANYTHING ON MY RECORD, I THEN BEGED HIM TO CHECK AGAIN, THIS THE FEMALE POLICE DISPATCHER RAN A CHECK AND STATED THAT SHE DID NOT FIND ANY CRIMINAL ON MY RECORD THAT VERYDAY SATURDAY ~~NOW~~ DECEMBER 11, 2004 IN THE MORNING HOURS.

I WROTE TO MR. RICHARD WHITE (PRESIDENT METRO TRANSIT ~~POLICE~~ AUTHORITY) TO FIND OUT WHAT HAPPENED AND TO TELL ME HOW OR WHO TOLD THEM THAT I WAS ARMED AND DANGEROUS. BUT MR. WHITE RESPONDED WITH A LETTER BUT REFUSED TO APOLOGIZE TO ME, HAS NOT REINVITATED ME TO TAKE THE WRITTEN EXAM, THUS PREVENTING ME FROM RE APPLYING FOR THE METRO TRANSIT POLICE OFFICER POSITION AND ALSO CAUSING ME —

NOT TO GET THE JOB IN THE FIRST PLACE, AND MR. WHITE OR METRO TRANSIT POLICE DEPARTMENT HAS NOT TOLD ME WHO TOLD THEM THAT "I'M ARMED AND DANGEROUS" BUT I WAS TOLD BY CAPTAIN GEORGE HEILMANN THAT THE COMPUTER MAY HAVE MALFUNCTIONED.

I'M ASKING THIS COURT THROUGH A JURY TRIAL TO MAKE METRO TRANSIT POLICE DEPARTMENT, MR. RICHARD WHITE (PRESIDENT METRO TRANSIT AUTHORITY) AND METRO TRANSIT AUTHORITY TO APOLOGIZE, TO LIFT THE BAN IMPOSED ON ME BY DETECTIVE HAYDEN BARRING ME FROM TAKING THE METRO TRANSIT POLICE OFFICER WRITTEN EXAMINATION AND THAT I'LL BE COMPENSATED FOR ALL I WHEN THROUGH TO BE DETERMINED BY THE COURT OR JURY.

MY CIVIL RIGHTS, HUMAN RIGHTS CONSTITUTION RIGHTS WERE ALL VIOLATED. I PUT IN AN UNCOMFORTABLE AND AWKWARD POSITION THUS HURTING MY RIGHT WRIST, I FALSELY DETAINED BASED ON FAULTY COMPUTER, I WAS BARRED PERMANENTLY FROM EVER TAKING THE WRITTEN EXAM, I WAS HUMANLATED INFRONT GROUP OF PEOPLE, I WAS MADE TO WALK IN THE RAIN, I WAS EMBARRISED IN FRONT GROUP, I WAS EMOTIONALLY STRESSED OUT AND PHYSICALLY.

I WAS PSYCHOLOGICALLY STRESSED, OUT, I WAS SHOCKED AND STUNNED THAT THIS WAS HAPPENING, I WA SUCKING WET FROM THE RAIN AND THE IRONIC THING IS THAT MY WIFE'S PROTECTIVE ORDERS NEVER STATED THAT I AM OR MAYBE ARMED AND DANGEROUS.

THIS CAN NOT, SHOULD NOT, MUST NOT AND MAY NOT HAPPEN AGAIN TO ANY HUMAN BEING EVER.

I THEREFORE SEEK JUSTIC THROUGH THIS FORUM.

ATTACHED ARE RESPONSES FROM METRO TRANSIT AUTHRITY AND LETTER FROM ME TO MR. WHITE AND OTHERS.

THANKS

RESPECTFULLY SUBMITTED

GBUTU-KLA BEDELL



February 15, 2005

Gbutu-Kla Bedell
611 Edgewood Terrace, NE
Apartment 511
Washington, DC  20017

Dear Mr. Bedell:

I have received your letter requesting documents under the Freedom of Information Act (FOIA) relating to your incident with Detective Michael Hayden on December 11, 2004. As a matter of information, the Washington Metropolitan Area Transit Authority is not covered by the provisions of the Freedom of Information Act. However, we fully respect your request and have conducted a full review of your situation.

Our review found that Detective Hayden acted on substantiated information from the F.B.I.'s National Crime Information Center (NCIC) database. You advised Detective Hayden that two Protective Orders were filed unsuccessfully against you recently by your wife in Montgomery County, MD. To verify your claim, Detective Hayden had your name checked through NCIC by our Police Communications Specialists. The NCIC returned information indicating that there was an active Temporary Protection Order filed against you and that it would not expire until three days later on December 14, 2004. The NCIC response also warned police officers to use caution if they stopped you because you could be armed and dangerous.

Detective Hayden took precautions and conducted a pat down of you to determine if you had weapons. None were found and you were released. The information provided by NCIC was verified through audio recorded means. Captain George Heilmann will be happy to speak with you on this matter, and any other questions or concerns you may have regarding the applicant process. He can be reached on (202) 962-2103.

Sincerely,

Polly L. Hanson
Chief

Washington
Metropolitan Area
Transit Authority

Office of the Chief
Metro Transit Police



600 Fifth Street, NW
Washington, DC 20001
202/962-2150

05 2238

FILED

NOV 1 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



May 2, 2005

Mr. Gbutu-Kla Bedell
611 Edgewood Terrace, NE
Apartment 511
Washington, DC 20017

Re:    PARP Request No. 683

Dear Mr. Bedell:

We received a copy of a response from the District of Columbia regarding your
FOIA Appeal for a request for records that label you as an "armed and
dangerous" criminal.  Originally, you submitted the request to the
Washington Metropolitan Area Transit Authority (WMATA) on January 26,
2005.  Our records reflect that the Metro Transit Police mailed a response to
you on February 15, 2005.  Thus, we assume that this matter has already been
resolved.  If you did not receive the response, please contact me at (202) 962-
2058.

In addition, please be advised that WMATA is a separate entity from the
District of Columbia.

Sincerely,

*Keysia Thom*

Keysia A. Thom
PARP Paralegal

Washington
Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia
Transit Partnership



**METRO TRANSIT POLICE**
600 Fifth Street, N.W., Washington, D.C. 20001
(202) 962-2190

**Jose Irizarry**
Officer

November 4, 2004

Dear Applicant:

You have been scheduled for a written examination for the position of Metro Transit Police Officer on Saturday, December 11, 2004.  Please report to the Washington Metropolitan Area Transit Authority Headquarters (Jackson Graham Building) located at 600 Fifth Street, NW, Washington, D.C., 20001.

Registration will commence at approximately 8:30 AM and the doors will close promptly at 9:00 AM.  Applicants arriving late will not be permitted to take the examination.  **Dress code for the written examination is business casual.  Please bring your current driver's license for identification purposes.  Be advised that if you pass the written exam, a physical ability test will be administered on December 18, 2004.**

If you are unable to appear for the examination, but wish to keep your application active for testing on another date, you must submit **a written, email, or phone notification prior to testing date.  If you are unable to appear for the examination and no written, phone or email request for rescheduling was received, your application will be placed in an inactive status at which point you will not be allowed to reapply for employment for a period of six months.**

Sincerely,

**Jose Irizarry**
**Officer, MTPD Recruiting Division**



Phone:  (202) 727-2980
Fax:     (202) 727-0505

John A. Wilson Building
1350 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004

Sets policy, provides management for agencies, and serves the general public.

**Freedom of Information Act (FOIA) Request**
The FOIA Officer is the principal contact point within the Executive Office of the
Mayor for advice and policy guidance on matters pertaining to the administration
of the FOIA. All requests are handled professionally and expeditiously.

FOIA requests may be oral or in writing. If the request is written, the envelope
shall prominently be marked "FOIA Request." The FOIA Officer may request that
an oral request be reduced to writing, if the requested records are not
customarily made available by the public body.

Noel Bravo
FOIA Officer
Executive Office of the Mayor
1350 Pennsylvania Avenue NW, 5th Floor
Washington, DC  20004
noel.bravo@dc.gov
Phone: (202) 727-6574
Fax: (202) 727-8977

Government of the District of Columbia
Citywide Call Center : (202) 727-1000

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004





# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 8552 Second Ave., Silver Spring, MD 20910

Case No.: **0602SP0.**
Date: 12/14/2004

### DEDDEH BEDELL   V   GBUTUKLA BEDELL

## FINAL PROTECTIVE ORDER

After the appearance of the PETITIONER and RESPONDENT, and in consideration of the petition and evidence, the Court makes the following findings:

This Order is denied because there is no statutory basis for relief.

301-563-8500

Date: 12/14/2004 09:34 a.m.

_____
Thomas L Craven





# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 8552 Second Ave., Silver Spring, MD 20910

Case No.: **0602SP010982004**

Date: 10/29/2004 09:07 a.m.

## DEDDEH BEDELL   V   GBUTU-KLA BEDELL

### TEMPORARY PROTECTIVE ORDER

After the appearance of the PETITIONER, and in consideration of the petition and evidence, the Court makes the following findings:

This Order is denied because: NO REASONABLE GROUNDS TO BELIEVE THAT ABUSE(AS DEFINED IN THE STATUTE)OCCURRED.

Judge Thomas L. CRAVEN

Gbutu-Kla Bedell
611 Edgewood Terrace, NE
Apartment 511
Washington, DC 20017
(202) 320-6481

Noel Bravo
FOIA Officer
Executive Office of the Mayor
1350 Pennsylvania Avenue NW, 5th Floor
Washington, DC  20004
Phone: (202) 727-6574

RE:  FOIA Compliance/Appeals

February 9, 2005

Dear Mr. Bravo:

I am writing to appeal the denial of my FOIA request to the Washington Metro Area
Transit Authority (WMATA).  I sent a request letter to Richard White, President of
WMATA, on January 26, 2005, for information regarding my background check.  <u>See</u>
attachment.  To date, I have received no reply.

It is my understanding that, under DC FOIA law, WMATA is obligated to respond within
ten days of my FOIA request.  Given the failure of Mr. White to respond in a timely
fashion to my letter, I respectfully request that the Office of the Mayor intervene on my
behalf.

I look forward to your prompt response.

Sincerely

Gbutu-Kla Bedell

attach: FOIA Letter to Richard White

Gbutu-Kla Bedell
611 Edgewood Terrace, NE
Apartment 511
Washington, D.C. 20017
(202) 320-6481

Richard White, President
Washington Metro Area Transit Authority
600 Fifth Street, NW
Washington, DC 20001

January 26, 2005

Dear Mr. White:

Pursuant to a letter I received on November 4, 2004, I showed up for a written examination for the position of Metro Transit Police Officer on Saturday, December 11, 2004. During the security check that took place prior to the exam's administration, Detective Hayden, one of your officers, requested that anyone with a history of problems with the IRS, child support, credit, or domestic violence should inform him. The detective stated that those of us with such issues should form a line. When Detective Hayden approached me, I informed him that my wife had filed two protective orders in Montgomery County and that a judge denied both orders. I gave him a copy of both orders. He requested my ID so that he could perform a background check.

Upon returning from performing the background check, he demanded that I place my hands above my head. He proceeded to search my person and my belongings. He called me a criminal, and stated that there was an order that labeled me as "armed and dangerous." He proceeded to inform me that I was permanently barred from taking the written examination, which is a prerequisite for employment.

Please consider this letter a request under the Freedom of Information Act for any and all documents pertaining to the information that labeled me as an "armed and dangerous" criminal. I am certain that the information you retrieved was false. Please tell me exactly what it is in my records.

I came to the December 11, 2004 meeting to apply for a job, and you are preventing me from applying for it. I protest your employee's actions.

I look forward to your prompt response.

Sincerely,

Gbutu-Kla Bedell

# Certificate of Appreciation

presented to

## Gbutu Kla Bedell

of the

### Uniformed Protective Branch

For your dedicated services to the protection of the Middle East Peace Talks in Wye River, MD October 1998, in protecting the President of the United States, Secretary of State, Prime Minister Benjamin Netanyahu, Palestinian Chairman Yasser Arafat and King Hussein of Jordan.



U.S. DEPARTMENT OF STATE ★ DIPLOMATIC SECURITY ★

Presented this 24th day of November 1998

Donald E. Blake, Director
Office of Domestic Operations



UNITED STATES MARSHALS SERVICE

EXPIRATION DATE
OF SPECIAL
DEPUTATION

12/31

## OATH OF OFFICE AND CREDENTIAL – SPECIAL DEPUTATION
*(See reverse side for instructions)*

District of Columbia

I, Gbutu-Kla Bedell _____, do solemnly swear (or affirm) that I will faithfully execute all lawful precepts directed to the United States Marshal for the _____ District of Columbia _____ or to the appropriate Federal official as so designated, under the authority of the United States, make true returns, take only lawful fees, and in all things well and truly, without malice or partiality, perform the duties of the Office of Special Deputy United States Marshal during my continuance in that office. I will exercise my authorities under this Special Deputation solely in furtherance of the mission for which I have been specially deputized and only during my continuance under this Special Deputation. So help me God.

_____
(SIGNATURE OF APPOINTEE)

Subscribed and Sworn to be before me this __10th__ day of December _____, 19 98
at __Washington__ , __D.C.__
     (City)              (State)

_____
(SIGNATURE OF U.S. MARSHAL OR OFFICER
ADMINISTERING OATH)

Donald W. Horton
Chief Deputy U.S. Marshal
_____
(TITLE)

NOT VALID UNLESS CERTIFIED ABOVE AND ON THE ATTACHED CREDENTIAL BY THE DIRECTOR OR DEPUTY DIRECTOR OF THE UNITED STATES MARSHALS SERVICE, OR BY A UNITED STATES MARSHAL.

Appointee's Employer: __Department of State__
Sponsoring Federal Agency: __Department of State__
Appointee's Supervisor during Special Deputation: _____
                                    (Name of appropriate United States Marshal or designated Federal official)

| PHYSICAL DESCRIPTION | |
|---|---|
| Height: 69 Inches | |
| Weight: 156 Pounds | |
| Sex: ☑ Male ☐ Female | |
| Race: African American | |
| Color Eyes: Brown | |
| Color Hair: Black | |

SPACE RESERVED FOR CREDENTIAL (Form USM-3A) WHICH IS ATTACHED TO COPY 3 OF THIS FORM. THE CREDENTIAL, ALSO, MUST BE COMPLETED AND MUST BE SIGNED BY THE APPROPRIATE CERTIFYING OFFICIAL.

COPY 1 – APPOINTEE

000190