**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **GBUTU-KLA BEDELL** ) | |
| P.O. Box 5284 ) | |
| Takoma Park, MD. 20913 ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
|     v. ) | Case Number: 1:05CV02238 |
| ) | Judge: Colleen Kollar-Kotelly |
| ) | |
| **WASHINGTON METROPOLITAN AREA** ) | |
| **TRANSIT AUTHORITY** ) | |
| 600 Fifth Street, N.W. ) | |
| Washington, D.C. 20001 ) | |
| ) | |
|     **Defendant.** ) | |

**AMENDED ANSWER OF DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

**FIRST DEFENSE**

The Complaint fails to state a cause of action against Defendant Washington Metropolitan Area Transit Authority (hereinafter, "WMATA") upon which relief may be granted.

**SECOND DEFENSE**

1. Defendant WMATA admits the allegation in the first unnumbered paragraph of the Plaintiff's Complaint.

2. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the second unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the remaining allegations in the second unnumbered paragraph of the Complaint.

3. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the third unnumbered paragraph of the Complaint, and therefore,

Defendant WMATA denies the allegations in the third unnumbered paragraph of the Complaint.

4. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fourth unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the allegations in the fourth unnumbered paragraph of the Complaint.

5. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the fifth unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the allegations in the fifth unnumbered paragraph of the Complaint.

6. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the sixth unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the allegations in the sixth unnumbered paragraph of the Complaint.

7. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the seventh unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the allegations in the seventh unnumbered paragraph of the Complaint.

8. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the eight unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the remaining allegations in the eighth unnumbered paragraph of the Complaint.

9. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the ninth unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the allegations in the ninth unnumbered paragraph of the Complaint.

10. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the tenth unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the allegations in the tenth unnumbered paragraph of the Complaint.

11. Defendant WMATA is without knowledge or information sufficient to form a belief as to the truth of the allegations in the eleventh unnumbered paragraph of the Complaint, and therefore, Defendant WMATA denies the allegations in the eleventh unnumbered paragraph of the Complaint.

12. Defendant WMATA admits the allegation in unnumbered paragraph 12 of the Complaint.

13. The thirteenth unnumbered paragraph of the Complaint contains request for relief and not allegations of fact, and therefore, no answer is required. To the extent any answer is required, Defendant WMATA denies the allegation in the thirteenth unnumbered paragraph of the Complaint.

14. The fourteenth unnumbered paragraph of the Complaint is an incorrect or incomplete statement of law and not an allegation of fact and therefore requires no answer. To the extent any answer is required, the fourteenth unnumbered paragraph of the Complaint is denied.

15. The fifteenth unnumbered paragraph of the Complaint contains a request for relief and not allegations of fact, and therefore, no answer is required. To the extent any answer is required, Defendant WMATA denies the allegation in the fifteenth unnumbered paragraph of the Complaint.

### THIRD DEFENSE

All or some of Plaintiff's claims may be barred by Defendant WMATA's governmental immunity under the WMATA Compact, codified at D.C. Code § 9-1107.01 (80) (2001).

### FOURTH DEFENSE

WMATA is not subject to pre-judgment interest under applicable law.

WHEREFORE, having fully answered the Complaint, Defendant WMATA requests this matter be dismissed and it be awarded the cost of responding to this suit.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Carol B. O'Keeffe, #445277
General Counsel


Mark F. Sullivan, #430876
Deputy General Counsel
WMATA - COUN
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2814

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Answer to the Complaint was mailed, this 23rd day of December 2005, to:

Gbutu-Kla Bedell
P.O. Box 5284
Takoma Park, Maryland 20913

Pro Se Plaintiff

                                                                         Mark F. Sullivan