In The United States District Court
For The District of Columbia

GBUTU- KLA BEDELL
PO BOX 5284
Takoma Park, MD 20913

RECEIVED
JAN - 4 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    Plaintiff

       V.

Mr. Richard White
President, Washington Area Metropolitan Transit
Authority.

Case Number: 1:05CV02238
Judge: Colleen Kollar- Kotelly

Mr. Hayden,
Detective: Washington Metropolitan Transit Police
Department
Washington Metropolitan Police Department

Washington Area Metropolitan Transit Authority
600 Fifth Street, N.W.
Washington, DC 20001

    Defendants

### Plaintiff's Response To Defendants' Motion

    Now comes the defendant's motion to dismiss and request for award for the cost of responding on December 23, 2005, just two days before Christmas, and in the peak of Christmas shopping when everybody's mind is concerned on the holidays.

    Defendant's motion is interpreted as bold, hostile, inconsiderate and insane to plaintiff after what plaintiff experienced with Detective Hayden and others.

    Enclosed is a copy of the actual protective order filed against me (Plaintiff) by Mrs. Deddeh Bedell (Plaintiff's wife) which according to Detective Hayden was expired in 2-3 days, and by the way, the order was filed in Montgomery County, Maryland, not Washington, DC; as alleged by Detective Hayden. And there is nowhere in that protective order that described me as "May be armed and dangerous."

    The search the detective conducted of me was clearly illegal and unnecessary because first of all, there was no search warrant. Second of all, I like all of the applicants on that day had gone through a security check at the entrance of the building by a Metro Transit's own security guard with a x-ray machine and other equipment and nothing illegal was found on me.

    The search violated my Fourth Amendment Rights and other rights without probable cause. The search was also intrusive, humiliating and embarrassing. The Metro Transit Authority is exhibiting hostile intent and shows no remorse and has not apologized for their actions. Instead, they are asking the courts that I pay for it's response to my suit. "What an insult."

The evidence is overwhelming and the Metro Transit Authority admitted in two letters in which it stated that the detective detained me. By the way which was against my will; and that he searched me without a warrant and nobody is above the law including the Metro Transit Authority. In deed, it surely is not immune to the law, therefore, the plaintiff ask that the defendant's motion be denied in it's entirety and that a trial date be set.

Even President Bush is being drilled by both parties in congress and in the media for authorizing the wiretaps and or eavesdropping of American citizens without a warrant.

Respectfully submitted,

GBUTU-KLA BEDELL
PO BOX 5284
Takoma Park, MD 20913




**DISTRICT COURT OF MARYLAND FOR Montgomery County**
Located at 8552 Second Ave., Silver Spring, MD 20910

Case No.: **0602SP026422004**
Date: 12/07/2004  09:09 a.m.

### DEDDEH BEDELL   V   GBUTU-KLA BEDELL

### TEMPORARY PROTECTIVE ORDER

After the appearance of the PETITIONER, and in consideration of the petition and evidence, the Court makes the following findings:

A. That DEDDEH BEDELL, who is a Person(s) Eligible for Relief, is:

B. That the Petitioner is:
   The Person Eligible for Relief.

C. That there are reasonable grounds to believe that Respondent committed the following abuse(s):
   Assault in any degree

Based on the foregoing findings, the Court hereby ORDERS:
1. That the Respondent SHALL NOT abuse, threaten to abuse, and/or harass PET.

2. That the Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means) and/or attempt to contact PET.

3. That the Respondent SHALL NOT enter the Residence of PET AT WHERVER PET RESIDES.
   (Residence includes yard, grounds, outbuildings, and common areas surrounding the dwelling.)

4. That the Respondent SHALL STAY AWAY from
   The following place(s) of employment:
      WHEREVER PET IS EMPLOYED

5. **THAT A FINAL PROTECTIVE ORDER HEARING SHALL BE HELD ON DECEMBER 14, 2004, AT 08:30 A.M. AT DISTRICT COURT ROOM 0303 AT 8552 SECOND AVENUE, SILVER SPRING MD 20910.**

6. **This Order supersedes and overrides any previously entered Interim Protective Order issued by a Commissioner.**

Date: 12/07/2004  09:09 a.m.
JUDGE Michael J. Algeo

This Order is extended for not more than 30 days until:
1. _____
   New Hearing Date                           Judge                                  Date
2. _____
   New Hearing Date                           Judge                                  Date
3. _____
   New Hearing Date                           Judge                                  Date



# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 8552 Second Ave., Silver Spring, MD 20910

Case No.: **0602SP026422004**
Date: 12/07/2004 09:09 a.m.

## DEDDEH BEDELL  V  GBUTU-KLA BEDELL

### NOTICE TO RESPONDENT

A Petition for Protection alleges that you have committed abuse. On the basis of the Petition this Temporary Protective Order has been issued. Violation of this Order may be a state and/or federal crime or contempt of court, or both, and result in imprisonment or fine or both. This Order may be enforced by another state or jurisdiction, which may impose additional or different penalties for the violation.

In order to respond to the allegation that abuse occurred, you must appear in court at the Final Protective Order hearing provided for in this Order. If at the hearing the court finds by clear and convincing evidence that abuse occurred, the court will issue a Protective Order against you, whether you appear or fail to appear, and may order all or part of the relief requested by the Petitioner or granted in this Order. This relief may include temporary use and possession of your home, use and possession of jointly owned vehicles, Emergency Family Maintenance, child visitation, surrender of firearm(s) to a law enforcement agency, and counseling or participation in a domestic violence program. A Final Protective Order may be effective for as long as twelve (12) months, and the court for good cause may extend the term of the Final Protective Order for an additional six (6) months after a further hearing.

If you fail to appear in court and a Final Protective Order is issued against you, you will be served by first-class mail at your last known address with the Final Protective Order and all other notices concerning the Protective Order. The Protective Order will be valid and enforceable upon mailing. It is your responsibility to notify the court in writing of any change of address.

If a Final Protective Order is entered, you may be subject to a federal penalty under the 1994 amendment to the Gun Control Act, 18 U.S.C. Section 922(g)(8), for possessing, transporting, or accepting a firearm.

### NOTICE TO ALL PARTIES

Each party may be represented by an attorney. At the Final Protective Order hearing, the petitioner will be required to prove the alleged facts by "clear and convincing evidence." This is difficult to do if you do not have law training. Each party should see a lawyer. If you are the petitioner and cannot get a private lawyer, there are support agencies that may be able to help you.

Although each party is not required to have a lawyer at the hearing, all of the Rules of Evidence will apply to the case. If you choose not to have a lawyer with you on the hearing date the Petitioner will still have to prove the case by "clear and convincing evidence" and each party will have to comply with the Rules of Evidence. Due to the emergency nature of the hearing, the hearing may be held even if a party requests more time to obtain an attorney.

At the Final Protective Order hearing the court may order the Respondent to pay Emergency Family Maintenance and may pass an immediate and continuing withholding order for that purpose. If this Emergency Family Maintenance is requested, both parties should complete a Financial Statement (CC-DC/DV4) before the Protective Order hearing and bring it to court. You should also bring documents (such as pay stubs, copy of your lease, bills, etc.) to support the figures you supply.



# DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at 8552 Second Ave., Silver Spring, MD 20910

Case No.: 0602SP026422004
Date: 12/07/2004 09:09 a.m.

## DEDDEH BEDELL V GBUTU-KLA BEDELL

## TRUE COPY CERTIFICATION OF TEMPORARY PROTECTIVE ORDER

### Attestation of Clerk

I, Jeffrey L. Ward, Clerk of this Court in Montgomery County, State of Maryland, do hereby certify that I have compared this Order with the original Order which is on file in my office, and that this Order is a true and correct copy of the original, and the whole thereof.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court at 8552 Second Ave., Silver Spring, Maryland, this Seventh day of December, 2004.

CLERK Jeffrey L. Ward

### Attestation of Judge

I, Michael J Algeo, Judge of this Court in Montgomery County, State of Maryland, do hereby certify that Jeffrey L. Ward, whose name is subscribed to the foregoing certificate of attestation, now is, and/or was at the time of signing and sealing the same, a Clerk of this Court in Montgomery County and that his/her attestation is in due form of law.

JUDGE Michael J Algeo

Date: 12/07/2004  09:09 a.m.
Court: District Court of Maryland for Montgomery County
Address: 8552 Second Ave., Silver Spring, MD 20910
Phone: (301)563-8500        Fax:

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the court immediately.



# District Court of Maryland for Montgomery County
Located at 8552 Second Ave, Silver Spring, Maryland 20910

Case No.: 0602SP026422004
Date: 12/5/2004   2:19 p.m.

BEDELL, DEDDEH   vs   BEDELL, GBUTU KLA

## INTERIM PROTECTIVE ORDER

In consideration of the petition and evidence, the Commissioner makes the following findings:

A. That BEDELL, DEDDEH, who is a Person(s) Eligible for Relief, is:
   The current spouse of the Respondent

B. That the Petitioner is:
   A Person Eligible for Relief

C. That there are reasonable grounds to believe that Respondent committed the following abuse(s):
   Placed Person(s) Eligible for Relief in fear of imminent serious bodily harm
   Assault in any degree

F. That the petition was filed when the Office of the District Court Clerk and the Office of the Circuit Court Clerk were closed.
   Based on the foregoing findings, the Court hereby ORDERS:

   1. That the Respondent SHALL NOT abuse, threaten to abuse, and/or harass DEDDEH BEDELL

   2. That the Respondent SHALL NOT contact (in person, by telephone, in writing, or by any other means), attempt to contact DEDDEH BEDELL

   3. That the Respondent SHALL NOT enter the residence of DEDDEH BEDELL
      at 7406 HANCOCK AVENUE, APT. 21 TAKOMA PARK, MD 20912.
      (Residence includes yard, grounds, outbuildings, and common areas surrounding the dwelling.)

   4. That the Respondent SHALL STAY AWAY from
      The following school(s):
         BRIGHTLIGHT ACADEMY, 7600 NEW HAMPSHIRE AVENUE, TAKOMA PARK, MD

      The following place(s) of employment:
         5701 CONNECTICUT AVENUE, N.W. WASHINGTON, D.C.

   5. This Order is effective until the end of the second business day after the date of signing below, or the Temporary Protective Order hearing, whichever occurs first.

12-4-04    2:20 pm
Date       Time

_____ 6590
Commissioner    ID#

KAREN POLIS
Printed Name

See Important Information on Page 2 of this Order

Case No.: 0602SP026422004
Date: 12/5/2004  2:19 p.m.

BEDELL, DEDDEH   vs   BEDELL, GBUTU KLA

# Important Information

## Upcoming Court Hearings in this Case

<u>Temporary Protective Order Hearing</u>. This case is set for a Temporary Protective Order hearing before a District Court judge on  12/7/2004  at  08:30 AM  at the District Court at 8552 Second Ave, Silver Spring, Maryland 20910.

<u>Final Protective Order Hearing</u>. If a judge signs a Temporary Protective Order, the *tentative* date and time of the Final Protective Order hearing is  12/14/2004 at  08:30 AM in the same location. Hearing dates and places are subject to change, and you should call the District Court Clerk's Office at  (301)608-0660 to be sure you know when and where your hearing(s) will occur. You are responsible for knowing when and where hearings will occur.

If you fail to appear at a hearing, the judge may still issue an order or take other action that affects you and you are responsible for obeying any orders issued in your absence.

To request a foreign language interpreter or a reasonable accommodation under the Americans with Disabilities Act, please contact the Court immediately.

## Communicating With The Court

<u>Any communication you wish to have with the Court about this case should be filed in writing at the Clerk's Office during business hours. Do not contact a commissioner or judge directly.</u>

The Clerk's Office will use the address shown on the petition to send and serve any future papers or orders in this case. <u>You are responsible for advising the Court of your current address and telephone number</u> and if your address or telephone numbers change, you must advise the Clerk in writing. The Post Office will not forward District Court mail to you.

## Information about Protective Orders

If someone seeks a protective order from abuse when the Clerk's Office is closed, a commissioner may issue an Interim Protective Order. Interim orders usually last until the Temporary Protective Order hearing, but not beyond the second business day after issue.

If someone seeks a protective order when the Clerk's Office is open, the petition goes before a judge for a Temporary Protective Order hearing.

Temporary Protective Orders last until the Final Protective Order hearing, but not beyond 30 days. A Final Protective Order may last as long as one year, and may then be extended up to six more months.

Each party may be represented by an attorney at any stage. Although having an attorney is not required, it may be advisable because rules of court apply to protective order hearings and proving or defending a case may be difficult. In order for an Interim or Temporary Protective Order to be issued, a petitioner must show reasonable grounds to believe abuse occurred. At trial in a Final Protective Order hearing, a petitioner would have to prove abuse by clear and convincing evidence.

A Temporary Protective Order may include an order to: refrain from abuse or threats of abuse, contact or attempts to contact, harassment; entering a residence; remain away from a school, workplace, child care provider, temporary residence or home of a family member; vacate a home. The judge can also award custody to a party. At a Final Protective Order hearing, the judge may order all of the relief listed above, as well as: child visitation; emergency family maintenance (and an Earnings Withholding Order); use and possession of a vehicle; counseling; surrender of firearms and payment of fees and costs.

Case No.: 0602SP026422004
Date: 12/5/2004   2:19 p.m.

BEDELL, DEDDEH   vs   BEDELL, GBUTU KLA

<u>Notice to Respondent</u>: Penalties. Violation of this Order may result in criminal prosecution, imprisonment and/or fine. Law enforcement shall arrest a person whom the officer has probable cause to believe is in violation of the Order, Maryland Code, Family Law § 4-508. This Protective Order may be recognized and enforced by another state or jurisdiction, 18 U.S.C.A. § 2265.



# District Court of Maryland for Montgomery County
Located at 8552 Second Ave, Silver Spring, Maryland 20910

Case No.: 0602SP026422004
Date: 12/5/2004   2:19 p.m.

BEDELL, DEDDEH    vs    BEDELL, GBUTU KLA

## PROTECTIVE ORDER ADDENDUM

### RESPONDENT
(Alleged Abuser)

| Failure to provide information in any of the shaded areas will prevent law enforcement from processing the Court's Protective Order. This may endanger your safety or the safety of another protected party. Please provide as much information as possible. |||||||
|---|---|---|---|---|---|---|
| Full Name: BEDELL, GBUTU KLA ||||| Date of Birth: 6/6/1959 | Approximate Age: 46 |
| Race: 1 | Sex: M | Height: 5' 7" | Weight: 160 | Hair Color: BLK | Eye Color: BRN | Skin Tone (Light/Medium/Dark): DARK |
| Scars, Tattoos (where on body and description): ||||||
| Home Address/Phone Number: UNKNOWN, UNKNOWN, UNKNOWN, XX 00000 ||||||
| Work Address/Phone Number: ||||||
| Vehicle Make: | Model/Color: | Year: | Tag#: | State: | Driver's License #: ||
| Weapons: ||||||
| Other locations or information about Respondent: ||||||

### PETITIONER
(Person Requesting Assistance)

| Full Name: BEDELL, DEDDEH ||| Date of Birth: 10/2/1968 | Approximate Age: 36 |
|---|---|---|---|---|
| Race: 1 | Sex: F | Height: 5' 4" | Weight: 165 ||

Petitioner's Signature _[signature]_    Date 12/5/2004

☐ CIRCUIT COURT ☒ DISTRICT COURT OF MARYLAND FOR Montgomery County

Located at: 8552 Second Ave     Case No. 0602-SP-2642-2006
Court Address                                             MD

(NOTE: Fill in the following, checking the appropriate boxes. Petitioners *need not give an address* if doing so risks further abuse or reveals the confidential address of a shelter. If this is the case, check here ☐ If you need additional paper, ask the clerk.)

home
301-270-
4267

Deddeh Bedell                                    vs.    Gbutu-Kla Bedell
Petitioner                                                     Respondent
7406 Hancock Ave #J1
Street Address, Apt. No.                    Home: 202-508-3952    Street Address, Apt. No.    Home:
Takoma Park md 20912     Work: 202-508-3952
City, State, Zip Code            Telephone Number(s)                City, State, Zip Code        Telephone

PETITION FOR PROTECTION FROM
☒ DOMESTIC VIOLENCE ☐ CHILD ABUSE ☐ VULNERABLE ADULT ABUSE

1. I want relief for ☒ myself ☒ minor child ☐ vulnerable adult, from abuse by Gbutu-Kla Bedell
                                                                                                        Respondent
The Respondent committed the following acts of abuse against Deddeh Bedell,
                                                                                                          Victim
on or about, Dec. 4, 2004 (check all that apply) ☐ kicking ☐ punching ☐ choking
☐ slapping ☐ shooting ☐ rape or other sexual offense (or attempt) ☐ hitting with object ☐ stabbing
☒ shoving ☐ threats of violence ☐ mental injury of a child ☐ detaining against will
☐ other

The details of what happened are: (Describe injuries. State when and where these acts occurred. Be as specific as you can.):

On Dec 4th 2004 I had just got back from a Church program with my kids around about 9:30 or a little earlier and met Mr. Bedell standing in the front of my building holding onto the door. I let the drone in the back and pick me car at which time I saw Mr. Bedell walking towards my car. I got out & told him I did not want him near my car and he stood right by it. After I got my kids out he decided to pick up my daughter

2. (If the victim is a child or vulnerable adult, fill in the following.) I am asking for protection for a ☐ child
☐ vulnerable adult whose name is ...........
At this time the victim can be found at ............
I am ☐ State's Attorney ☐ DSS ☐ a relative ☐ an adult living in the home.

3. The person(s) I want protected are (include yourself if you are a victim):

| Name(s) | Birthdate | Relationship to Respondent |
|---|---|---|
| Deddeh Bedell | 10-02-68 | wife |
| | | |
| | | |
| | | |

CC-DC/DV 1 (Rev. 10/2003)         Page 1 of 3

Deddeh Bedell _____ vs. _____ Gbutti Kla Bedell
Petitioner                                  Respondent

Case No. _____

4. The person(s) I want protected now lives, or has lived, with the Respondent for the following period of time during the past year: ~~12 months~~

There ☐ are ☐ are not additional persons living in the home.

5. I know of the following court cases involving me, or the person I want protected, and the Respondent. (Examples include: paternity, child support, divorce, custody, domestic violence, juvenile cases, criminal cases)

| Court | Kind of Case | Year Filed | Results or Status (if you know) |
|---|---|---|---|
| District Court of Maryland | Criminal | 2004 | PENDING |

6. Describe all past injuries the Respondent has caused the victim, and give date, if known.

In Oct. 2004 I was pushed by the respondent
In Oct. 2004, threaten me of sending me to prison
In 2003 tried to get the immigration to deport me
by writing a false letter against me.

7. The Respondent owns or has access to the following firearms:

8. I want the court to order the Respondent: (NOTE: Petitioner need not give an address if doing so risks further abuse.)

☒ NOT to abuse or threaten to abuse Deddeh Bedell
☒ NOT to contact, attempt to contact, or harass ~~Mona Allston~~ Deddeh Bedell
☒ NOT to go to the residence(s) at 7406 Hancock Ave #21  7600 N Hemishi Ave
☒ NOT to go to the school(s) at ~~Moo~~ Brightlight Academy Takoma Park MD, 20912
☐ NOT to go to the child care provider(s)
☒ NOT to go to the work place(s) at 5701 Connecticut Ave Wash DC
☐ To leave the home at
   and give possession of the home to
   The name(s) on the deed or lease are:
☐ To turn over firearm(s) to a law enforcement agency.
☒ To go to counseling ☒ domestic violence ☐ drug/alcohol ☐ other
☐ To pay money as Emergency Family Maintenance (may be taken from Respondent's paycheck).

Page 2 of 3

Case No..................................................................................

..................................................................    ..................................................................
Petitioner    Respondent

9. I also want the Court to order:

☒ Custody of... Atim & Akim Bedell .......................................................................................
be granted to ... Deddeh Bedell .................................................................
    Name       Children's names

☐ Use and possession of the following jointly-owned vehicle be granted to.................................................
    Name
..............................................................................................................................
    Description of vehicle

10. (Fill in only if you are seeking Emergency Family Maintenance.) The **Respondent** has the following financial resources:

Income from employment in the amount of $............................................ every ☐ week  ☐ 2 weeks  ☐ month

☐ other ........................................................................................................................

Source of employment income ..................................................................................................
    Name and address of source and amount(s) received

Income from other source ........................................................................................................
    Name and address of source and amount(s) received

The **Respondent** also owns the following property of value: Automobile(s) $ ...........................................
    Estimate Value

Home $ ...................................................  Bank Account(s) $ ...................................................
    Estimate Value    Estimate Value

Other: ..............................................................................................................................
    Estimate Value

I solemnly affirm under the penalties of perjury that the contents of the foregoing Petition are true to the best of my knowledge, information and belief.

Dec 5, 2004    Deddeh Bedell
..................................    ..................................
Date    Petitioner

☒ I have filled in the Addendum (Description of Respondent), CC-DV 1A.

**NOTE**

If you believe that you have been a victim of abuse and that there is a danger of serious and immediate injury to you, you may request the assistance of a police officer or local law enforcement agency.

The law enforcement officer must protect you from harm when responding to your request for assistance and may, if you ask, accompany you to the family home so that you may remove clothing and medicine, medical devices, and other personal effects required for you and your children, regardless of who paid for them.

CC-DC/DV 1 (Rev. 10/2003)    Page 3 of 3

MARYLAND JUDICIARY ☐ CIRCUIT COURT ☐ DISTRICT COURT OF MARYLAND FOR .......................... City/County

Located at .......................... Case No. ..........................

**Deddeh Bedell** vs. **Gbutu-Kla Bedell**
  Petitioner                    Respondent

## PROTECTIVE ORDER ADDENDUM

Failure to provide information in any of the shaded areas will prevent law enforcement from processing the Court's Protective Order. This may endanger your safety or the safety of another protected party. Please provide as much information as possible.

| Full Name: Gbutu-Kla Bedell | Date of Birth: 06-06-59 | Approximate Age: 46 |
|---|---|---|

| Race: Black | Sex: M | Height: 5'7 | Weight: 160 | Hair Color: Black | Eye Color: Brown | Skin Tone (Light/Medium/Dark): Dark |
|---|---|---|---|---|---|---|

Scars, Tattoos (where on body and description): No

Home Address/Phone Number:

Work Address/Phone Number:

| Vehicle Make: | Model/Color: | Year: | Tag#: | State: | Driver's License #: |
|---|---|---|---|---|---|

Weapons:

Other locations or information about Respondent:

### PETITIONER
(Person Requesting Assistance)

| Full Name: Deddeh Bedell | Date of Birth: 10-02-68 | Approximate Age: 36 |
|---|---|---|

| Race: Black | Sex: F | Height: 5'4 | Weight: 165 |
|---|---|---|---|

### INFORMATION ABOUT OTHER PERSONS PETITIONER WANTS PROTECTED

| Full Name: Mr. Isaac Alston | Race: Black | Sex: F | Date of Birth: | Age: |
|---|---|---|---|---|
| Full Name: | Race: | Sex: | Date of Birth: | Age: |
| Full Name: | Race: | Sex: | Date of Birth: | Age: |
| Full Name: | Race: | Sex: | Date of Birth: | Age: |

Petitioner's Signature **Bedell**   Date **12-04-04**

CC-DV 1A (Rev. 12/2002)