IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GBUTU-KLA BEDELL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:05CV02238 |
| ) | Judge: Colleen Kollar-Kotelly |
| ) | |
| WASHINGTON METROPOLITAN AREA ) | |
| TRANSIT AUTHORITY ) | |
| ) | |
| Defendant. ) | |

**PRAECIPE ENTERING COUNSEL'S APPEARANCE**

The Court will note the entry of the undersigned as counsel for the Defendant herein:

Michael K. Guss, Esq.
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

Date:   February 10, 2006

Respectfully submitted,

_____/s/_____
Michael K. Guss (#465171)
Assistant General Counsel
Washington Metropolitan Area Transit
Authority ("WMATA")
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-1468

COUNSEL FOR WMATA

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe Entering Counsel's Appearance was mailed, this 10th day of February 2006, to:

Gbutu-Kla Bedell
P.O. Box 5284
Takoma Park, Maryland 20913

Pro Se Plaintiff

                                                /s/
                                      Michael K. Guss