UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GBUTU-KLA BEDELL,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | )    Civil Action No. 05-2238 (CKK) |
| | ) |
| **RICHARD WHITE, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## ORDER

As discussed at the Initial Scheduling Conference on February 27, 2006, Defendants intend to file a motion to dismiss or for judgment on the pleadings. Accordingly, it is

ORDERED that Defendants file the dispositive motion by March 3, 2006, Plaintiff a response by March 31, 2006, and Defendant's a reply, if any, by April 21, 2006.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: February 27, 2006