UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Gbutu-Kla Bedell, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 05-2238 (CKK) |
| | : | |
| Richard White, *et al.*, | : | |
| | : | |
| Defendants. | : | |

ORDER

This matter is before the Court on defendants' motion for judgment on the pleadings and to dismiss.  Plaintiff, proceeding *pro se*, is advised of the following.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion.  "That notice... should include an explanation that the failure to respond...may result in the district court granting the motion and dismissing the case." *Id*. at 509. In addition,  the Court's local rules require a party opposing a motion to serve and file a memorandum of points and authorities "[w]ithin 11 days of the date of service or at such other time as the court may direct . . . [or] the court may treat the motion as conceded." Local Civil Rule 7(b).  Accordingly, it is this 3rd day of March 2006,

**ORDERED** that pursuant to the scheduling order, plaintiff shall respond to defendants' dispositive motion by **March 31, 2006**.  If plaintiff does not respond within the time provided, the Court will treat the motion as conceded and may dismiss the complaint.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

Paper Copy to:

Gbutu-Kla Bedell
P.O. Box 5243
Takoma Park, MD 20913