IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GBUTU-KLA BEDELL                                      )
Plaintiff                                             )
                                                      )
                                                      )
v.                                                    )
                                                      ) Case Number: 1:05CV02238
MR. RICHARD WHITE                                     ) Judge: Colleen Kollar-Kotelly
PRESIDENT, CEO, WMATA                                 )
MR. MICHAEL HAYDEN                                    )
DETECTIVE, WMATA                                      )
METRO TRANSIT AUTHORITY                               )
Defendants

PLAINTIFF'S MOTION TO DENY DEFENDANTS' MOTION AND SET A TRIAL DATE

On Saturday, March 11, I received from my mailing Post Office box an envelope dated March 7, 2006,

in which the Defendants are asking the court to dismiss the plaintiff's suit against the above mentioned

defendants.

The Defendants' letter stated their motion to dismiss was filed to the Court on March 2, 2006, and

went on to state further on page 3 that a copy of their motion was mailed to me the 3rd day of March,

2006, when actually the defendants mailed a copy of their motion to me on March 7, 2006.

Having received a copy of their motion to dismiss on or about the 11th, short changed my response time

by about a week which is a blatant violation of the Court's rules and it should not be condoned by this

Court.

RECEIVED

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In fact, I think that this judge should not only deny the defendants' motion, but she should and must

sanction the defendants for being very cavalier. I'm therefore asking this court to deny the defendants'

motion and to set a trial date. Attached are copies of the defendants' inscribed envelope with the post

marked date of March 7, 2006 – and page 3 of their motion in which they claimed that they mailed me

a copy on March 3rd.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing the Plaintiff's Motion to Deny was mailed this 31st day of
March, 2006 to the defendant's attorneys.

Mark F. Sullivan
 D.C.Bar # 430876
Deputy General Counsel
WMATA – COUN
600 Fifth St. NW
Washington DC  20001
(202) 962-2814


Michael K. Guss
 D.C.Bar # 465171
Assistant General Counsel
WMATA-COUN
600 Fifth St. NW
Washington DC  20001
(202) 962-1468

Gbutu-Kla Bedell
P.O. Box 5284
Takoma Park, MD   20913


Pro Se Plaintiff

NGTON METROPOLITAN AREA TRANSIT AUTHORITY
i Street, N.W.
iton, D.C. 20001

U.S. POSTAGE          PB 551927 5

1310
2272  $01.110 MAR 07 2006
5137  MAILED FROM ZIP CODE    2000

Ghutu-KLA Bedell
P.O. Box 5284
Takoma Park, MD 20913`

Attachment

Respectfully submitted,


_____/s/_____

Mark F. Sullivan
D.C. Bar # 430876
Deputy General Counsel
WMATA - COUN
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2814


_____/s/_____

Michael K. Guss
D.C. Bar # 465171
Assistant General Counsel
WMATA-COUN
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-1468


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing WMATA's Motion to Dismiss and for

Judgment on the Pleadings was mailed, this 3rd day of March 2006, to:


Gbutu-Kla Bedell
P.O. Box 5284
Takoma Park, Maryland 20913

Pro Se Plaintiff


_____/s/_____
Michael K. Guss