UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gbutu-Kla Bedell,            :
                             :
         Plaintiff,          :
     v.                      :        Civil Action No. 05-2238 (CKK)
                             :
Richard White, *et al.*,     :
                             :
         Defendants.         :

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendants' motion for judgment on the pleadings [Dkt. No. 15] is GRANTED; it is

FURTHER ORDERED that plaintiff's motion to deny defendants' motion and to set a trial date [Dkt. No. 17] is DENIED; and it is

FURTHER ORDERED that judgment is entered for defendants and this case is DISMISSED.  This is a final appealable Order.

_____s/s_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

DATE: October 5, 2006

Paper Copy to:

Gbutu-Kla Bedell
P.O. Box 5243
Takoma Park, MD 20913